```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE STEINMETZ,                    :    CIVIL ACTION
                                     :    NO. 15-6600
          Plaintiff,                 :
                                     :
     v.                              :
                                     :
MCGRAW-HILL GLOBAL EDUCATION         :
HOLDINGS, LLC, et al.,               :
                                     :
          Defendants.                :
```

### ORDER

**AND NOW**, this **5th** day of **December, 2016,** upon consideration of Defendants' Motion to Transfer Venue (ECF No. 47) and Plaintiff's opposition thereto (ECF No. 51), Defendants' Reply in Support of Motion to Transfer (ECF No. 56) and Plaintiff's Surreply in Opposition (ECF No. 60), and Defendants' Memorandum in Support of Motion to Transfer in Response to Court Order of October 4, 2016 (ECF No. 58), and following a hearing held on the record on October 26, 2016, it is hereby **ORDERED** that Defendants' Motion to Transfer Venue (ECF No. 47) is **DENIED** for the reasons stated in the accompanying memorandum.

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　／s/ Eduardo C. Robreno  
　　　　　　　　　　　　　　　　　　**EDUARDO C. ROBRENO, J.**